United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CORBIN,<br><br>    Plaintiff,<br><br>vs.<br><br>AMY RENEE SECRESS, ANNA B. ALLEN, and MARY COLLEEN ALLEN,<br><br>    Defendants. | Case No.: 4:12-cv-06424-YGR<br><br>**ORDER CONTINUING HEARING DATES AND GRANTING PLAINTIFF'S REQUEST TO ENLARGE TIME** |

Defendant Mary Allen has filed a Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") and noticed it for hearing on February 12, 2013. (Dkt. No. 6.) Plaintiff failed to file a timely opposition and has filed a request to enlarge time that would allow Plaintiff time to file an opposition. (Dkt. No. 12.) Plaintiff's request also seeks to continue the hearing on the Motion to Dismiss until February 26.

Plaintiff has filed a Motion to Remand and noticed it for hearing on February 26, 2013. (Dkt. No. 8.) The briefing on the Motion to Remand is not yet complete.

The Court hereby **GRANTS** Plaintiff's request to enlarge time regarding the Motion to Dismiss. There is a strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits. *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986). Plaintiff is hereby **ORDERED** to file an opposition to the Motion to Dismiss by February 8, 2013. Defendant Mary Allen may file a reply no later than February 19, 2013. The briefing schedule on the Motion to Remand is unaffected by this Order.

For reasons of judicial efficiency and docket management, the Court hereby **CONTINUES** the hearings on the Motion to Dismiss and Motion to Remand to <u>Tuesday, March 12, 2013</u> at 2:00 p.m.

This Order terminates Dkt. No. 12.

**IT IS SO ORDERED**.

Dated: February 6, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**